UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK FELTON SHORTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6793** |
| **CIA-POLICE, MR, ALLEN, ET AL.** | **SECTION: "F"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 23rd day of Nov., 2009.

UNITED STATES DISTRICT JUDGE